**Order entered April 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00343-CV

### IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316-Z**

## ORDER

Because the trial court determined appellant to be indigent and appointed her counsel, she is presumed indigent for the duration of the suit, including the appeal, and may proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(a)(3).

We note the reporter's record is overdue. Accordingly, we **ORDER** court reporter Glenda Johnson to file the record no later than April 17, 2015. If necessary, the trial court must arrange for a substitute reporter. *See id.* 28.4(b)(1).

/s/     ELIZABETH LANG-MIERS
         JUSTICE